COMMONWEALTH *vs.* WILLIAM WALLACE.

Bristol.   Oct. 23. — Nov. 15, 1877.   LORD & SOULE, JJ., absent.

On a complaint for keeping intoxicating liquors for sale in violation of law, evidence that the defendant kept a public bar, provided with tumblers and a dripping pan; that the bar was resorted to at all hours of the day and evening, and at times at very late hours of the night; and that, at the time of his arrest at his place of business, three pint bottles containing intoxicating liquors were found in his pockets, is competent and will authorize a jury in finding him guilty.

COMPLAINT for unlawfully keeping intoxicating liquors with intent to sell the same.

At the trial in the Superior Court, before *Rockwell,* J., the jury returned a verdict of guilty; and the defendant alleged exceptions to the admission and sufficiency of certain evidence, the nature of which appears in the opinion.

*H. M. Knowlton,* for the defendant.

*W. C. Loring,* Assistant Attorney General, for the Commonwealth.

AMES, J.   There was evidence to the effect that the defendant kept a public bar, provided with tumblers and a dripping pan; that this bar was resorted to at all hours during the day and evening, and at times at very late hours of the night; and that upon searching the defendant's person, at the time of his arrest at his place of business, three pint bottles containing intoxicating liquors were found in his pockets.   All this evidence was competent and would authorize the jury to convict.   *Commonwealth* v. *Hayes,* 114 Mass. 282.           *Exceptions overruled.*